**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MISKIN, MILOJKA                                     § Case No. 10-72337
                                                           §
                                                           §
                                                           §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $870.00                     Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,000.00     Claims Discharged
                                               Without Payment: $254,250.11

Total Expenses of Administration: $25,000.00

---

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $75,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,464.25 | 32,464.25 | 25,000.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 315,389.00 | 233,891.11 | 233,891.11 | 0.00 |
| **TOTAL DISBURSEMENTS** | $390,389.00 | $271,355.36 | $271,355.36 | $30,000.00 |

  4) This case was originally filed under Chapter 7 on May 05, 2010. The case was pending for 24 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2012  By: /s/JAMES E. STEVENS
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 14 West Chestnut Avenue, Cortland, IL | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National City | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| | American Title Guaranty, Inc. | 4120-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$75,000.00** | **$5,000.00** | **$5,000.00** | **$5,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,750.00 | 3,750.00 | 0.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 3,700.50 | 3,700.50 | 0.00 |
| Barrick Switzer Long, Balsley & Van Evera, LLP | 3120-000 | N/A | 6,220.10 | 6,220.10 | 6,206.35 |
| American Title Guaranty, Inc. | 3510-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| American Title Guaranty, Inc. | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 87.00 | 87.00 | 87.00 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 10,279.94 | 10,279.94 | 10,279.94 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 3,100.17 | 3,100.17 | 3,100.17 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 2,431.75 | 2,431.75 | 2,431.75 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 446.79 | 446.79 | 446.79 |
| American Title Guaranty, Inc. | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| American Title Guaranty, Inc. | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 32,464.25 | 32,464.25 | 25,000.00 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alpine Bank and Trust Co. | 7100-000 | 198,000.00 | 150,220.66 | 150,220.66 | 0.00 |
| 2 | Commonwealth Edison Company | 7100-000 | N/A | 2,966.49 | 2,966.49 | 0.00 |
| 3 | Dekalb Co. Collector | 7100-000 | 93,577.00 | 69,195.50 | 69,195.50 | 0.00 |
| 4 | PNC BANK | 7100-000 | 3,453.00 | 11,508.46 | 11,508.46 | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o HR Accounts | 7100-000 | 491.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o HR Accounts | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | DuPage Radiology c/o ICS Collection Services | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o MRSI Collection | 7100-000 | 148.00 | N/A | N/A | 0.00 |
| NOTFILED | Gastroenterology Services, Ltd. | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Mohammad Ghabra | 7100-000 | 111.00 | N/A | N/A | 0.00 |
| NOTFILED | Klein Stoddard | 7100-000 | 5,510.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o MRSI Collection | 7100-000 | 2,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Town of Cortland | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon c/o Afni, Inc. | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover c/o Baker, Miller, | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | MOI | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o MRSI Collection | 7100-000 | 1,057.00 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital c/o MRSI Collection | 7100-000 | 1,702.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 304.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb MRI | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Radiology c/o MRSI | 7100-000 | 41.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Radiology c/o MRSI | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | CBOOSF / CB Account Inc. | 7100-000 | 159.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 1,230.00 | N/A | N/A | 0.00 |
| NOTFILED | City of DeKalb | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Crusader Clinic | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 805.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 228.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Clinic | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 682.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 315,389.00 | 233,891.11 | 233,891.11 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72337  
**Case Name:** MISKIN, MILOJKA  

**Period Ending:** 04/19/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 05/05/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 05/18/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 315 North 10th Street, Dekalb, IL | Unknown | Unknown | OA | 0.00 | FA |
| 2 | 1015 - DeKalb, IL | Unknown | Unknown | OA | 0.00 | FA |
| 3 | 909 No. 12th Street, DeKalb, IL 60115 | Unknown | Unknown | OA | 0.00 | FA |
| 4 | 1017 Market - DeKalb, IL | Unknown | Unknown | OA | 0.00 | FA |
| 5 | 14 West Chestnut Avenue, Cortland, IL | Unknown | Unknown | DA | 30,000.00 | FA |
| 6 | 85 Sol. Somonauk, Cortland, IL | Unknown | Unknown | OA | 0.00 | FA |
| 7 | Cash | 10.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking Account-Amnerican National Bk. | 10.00 | 0.00 | DA | 0.00 | FA |
| 9 | household goods and furnishings | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Allstate Annuity | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1995 Dodge; 1997 GMC Sonoma, 1992 Cadillac | 450.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1999<br>VALUE $ Mortgage 99,000<br>315 North 10th Stre | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | **Assets** Totals (Excluding unknown values) | **$870.00** | **$0.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2011    **Current Projected Date Of Final Report (TFR):**   February 7, 2012 (Actual)

Printed: 04/19/2012 12:11 PM    V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72337  
**Case Name:** MISKIN, MILOJKA  

**Taxpayer ID #:** **-***5459  
**Period Ending:** 04/19/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/31/11 | | American Title Guaranty, Inc. | payment sale of 14 W. Chestnut, Cortland, IL | | | 6,281.35 | | 6,281.35 |
| | {5} | | | 30,000.00 | 1110-000 | | | 6,281.35 |
| | | | real estate commission | -1,300.00 | 3510-000 | | | 6,281.35 |
| | | | closing fee American Title Guaranty, Inc. | -150.00 | 2500-000 | | | 6,281.35 |
| | | | Title Insurance | -350.00 | 2500-000 | | | 6,281.35 |
| | | | FATIC | -50.00 | 2500-000 | | | 6,281.35 |
| | | | overnight handling fee | -20.00 | 2500-000 | | | 6,281.35 |
| | | | recording fee, stamps and DFI Policy Fee | -87.00 | 2500-000 | | | 6,281.35 |
| | | | 2006-2009 forfeited tax DeKalb County Treasurer | -10,279.94 | 2500-000 | | | 6,281.35 |
| | | | 2010 real estate taxes DeKalb County Treasurer | -3,100.17 | 2500-000 | | | 6,281.35 |
| | | | 2011 real estate prorations 1/1/11 to 10/25/11 | -2,431.75 | 2500-000 | | | 6,281.35 |
| | | | Discover Card - payoff judgment | -5,000.00 | 4120-000 | | | 6,281.35 |
| | | | Town of Cortland - outstanding water bill | -446.79 | 2500-000 | | | 6,281.35 |
| | | | DeKalb County Collector - receipt of duplicated tax bill | -3.00 | 2500-000 | | | 6,281.35 |
| | | | balance of real estate commission (deposit retained by broker) | -500.00 | 3510-000 | | | 6,281.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,256.35 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,231.35 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 6,206.35 |
| 03/14/12 | 101 | Barrick Switzer Long, Balsley & Van Evera, LLP | Dividend paid 99.77% on $6,220.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 6,206.35 | 0.00 |

Subtotals :   $6,281.35   $6,281.35

{} Asset reference(s)

Printed: 04/19/2012 12:11 PM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-72337  
**Case Name:** MISKIN, MILOJKA  

**Taxpayer ID #:** **-***5459  
**Period Ending:** 04/19/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******93-66 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,281.35 | 6,281.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,281.35 | 6,281.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,281.35** | **$6,281.35** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******93-66** | 6,281.35 | 6,281.35 | 0.00 |
| | $6,281.35 | $6,281.35 | $0.00 |

{} Asset reference(s)  
Printed: 04/19/2012 12:11 PM   V.12.57